**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| GREAT SOUTHERN BANK, | CIVIL ACTION NO. 24-2815 |
|               Plaintiff, | |
| VERSUS | SECTION: T(3) |
| EDWARD NEAL MORRIS, III, et al. | JUDGE GREG G. GUIDRY |
|               Defendant, | MAGISTRATE JUDGE: EVA J. DOSSIER |

**MEMORANDUM IN SUPPORT OF MOTION TO STAY PROCEEDINGS**

On or about July 16, 2025[1], the Grand Jury for the Parish of Orleans handed down criminal indictments involving properties subject to the disputes in the above-referenced matter owned by parties to this suit.

Accordingly, in an abundance of caution to protect the 5th Amendment protections accorded to Edward Neal Morris, III, as owner of Project Renew, LLC, Lincoln Grove, LLC, Lincoln Grove 1, LLC, and Lincoln Grove 2, LLC, it is respectfully submitted the present proceedings should be stayed pending the resolution of the criminal indictment.

Counsel for Plaintiff, Great Southern Bank, has not consented to this Motion.

WHEREFORE, Defendants respectfully request this Honorable Court stay these proceedings pending the resolution of the matter referenced herein-above.

(SIGNATURE ON NEXT PAGE)

---

[1] See Grand Jury Return of Indictments, attached hereto as Exhibit "A".

                      Respectfully submitted,

                      **BUTLER McDONALD**

BY:    */s/ Mark R. Ladd*_____
           DAVID M. MCDONALD (#30625)
           **MARK R. LADD (#30847)**
           2450 Severn Ave., Suite 400
           Metairie, Louisiana 70001
           Telephone: (504) 285-5440
           Facsimile: (504) 407-2101
           Email: david@bmcdlaw.com
           Email: mladd@bmcdlaw.com