UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GREAT SOUTHERN BANK                          CIVIL ACTION

VERSUS                                       NO: 24-02815

EDWARD NEAL MORRIS, III, et al.              SECTION: T (3)

## ORDER AND REASONS

Before the Court is a Motion to Stay filed by Defendants Lincoln Grove 1, LLC, Lincoln Grove 2, LLC, Lincoln Grove, LLC, Edward Neal Morris, III, and Project Renew, LLC, citing the recent state criminal indictment of Defendant Morris. R. Doc. 24. Plaintiff Great Southern Bank has filed a response, stating it has no objection to a stay and administrative closure of the case. R. Doc. 27. Accordingly,

**IT IS ORDERED** that all proceedings are STAYED and that this matter is ADMINISTRATIVELY CLOSED. Any party may seek to lift the stay and to reopen the case once the criminal proceedings have resolved.

**IT IS FURTHER ORDERED** that, every 120 days, the parties file into the record of this Court a status report on the pending state criminal matter.

New Orleans, Louisiana, this 26th day of August 2025.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE